UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AMIR BUTT,

                Plaintiff,

v.

HF MANAGEMENT SERVICES, LLC,
AND HEALTHFIRST FHSP, INC.,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
18-cv-07017(AMD)(LB)

       A Memorandum, Decision and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on January 14, 2020, granting the defendants' motion to dismiss the plaintiff's complaint; it is

       ORDERED and ADJUDGED that the defendants' motion to dismiss the plaintiff's complaint is granted.

Dated: Brooklyn, New York
         January 15, 2020

Douglas C. Palmer
Clerk of Court

By:   */s/Jalitza Poveda*
      Deputy Clerk